The U.S. District Court of the District of Maine

June 30, 2022

U.S. DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED
2022 JUL -5 P 3:32

DEPUTY CLERK

| | |
|---|---|
| Matthew Jones, ) | |
| Plaintiff, ) | Civil Action Case Number: _____ |
| V. | |
| Main State Police Dept.., ) | TRIAL BY JURY DEMANDED |
| Troop E, ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW, the Plaintiff Matthew Jones, in pro se representation, and complains of the Defendant doing business as the government entity Maine State Police Department - Troop E, as follows, to wit:

1. Plaintiff, MATTHEW JONES, is a resident of the State of Delaware. I have resided at 11366 Sussex Highway, Greenwood, DE 19950 since the home was built in the fall of 1991.

2. The Maine State Police Department - Troop E is a municipality of the State of Maine, in the United States, located at 1198 Maine Ave, Bangor, ME 04401.

1

3. In the summer of 1993, my cousins and I ran away to New England, again, to try and escape our awful lives. We had done something similar, or the same thing, when I was an infant in 1986. None of us could escape being raped in Delaware. We didn't have adequate clothes. Our living conditions were poor. We didn't have better than McDonalds or McDonalds quality food to eat more than once or twice per week. My cousin Trisha was starting her life, in her interracial marriage to Dean Elliott. They were in love or so, but there was a noticeable height difference that was too extreme to produce children. Yet, they had "given birth" to my cousin Jordan Elliott. Dean had a hard time finding work. He is dark brown in color. Underneath, he is red and green, of old African people. My cousin Mike's life wasn't working out. He was a high school graduate. After high school, he joined the National Guard, and went into active duty in the Gulf War. He was home or retired after a shrapnel wound that wasn't life threatening, but ended his tour on duty. I had been the survivor of many fatal rapes and poisonings. Hundreds of millions of dollars of stem cells had been used by treating physicians or generous donors to keep me alive or revive me after I had died. I wasn't escaping my attackers at all and was very suicidal. I did not want to go on living to

continue to be a sex doll and jeered to death, or used as a cushion, pack mule, or punching bag. I had lived through living in a box car on a farm on a dirt road. I had lived through an apartment in a condemned building. I had lived through a gang scenario at a hairdresser. I had lived through a suicide ritual of high school and college graduates. I had lived through mob hits attached to an Italian wedding. I had slept in barns and paddocks at raceways and casinos. I had some royal blue wounds and rape traumas when I was living with my legal grandparents that were definitely fatal or would cause me to attempt suicide neverendingly and remain insane. Peeping Tom's and prowlers who lived around my neighborhood when we first moved in would walk right in and rape me, wait for me in the house after school or during, and climb in my window at night. The cops here are raping me as a regular thing that had no chance of ending. That local people support the police. I had lived through day care, preschool, kindergarten, and first grade. I was getting a lot of violent threats, starting about halfway through kindergarten from the school staff for still being alive and in attendance. Like the police, they normally did not survive to get paid. The Cub Scouts, Surf Riders, FFA, Lions Club, and the churches were also pedophiles. I only mildly

wanted to go on living. We all thought that we might do better in another place. Mike Henry, Dean Elliott, Trisha Elliott, Jordan Elliott, some others, and I ran away hoping to start over with our lives. Like last time…we quickly ran out of money, but decided to see the whole North before we returned in defeat to the lives that we had run from; because they were not conducive to our survival. Keeping poor track of their finances, led to us being stranded in New England with no way home, or to anywhere. They offered themselves and me in prostitution. As money came from it, we continued our look for a new home to Maine, to see every northern State before giving up. In Banghor, I was offered as an infant prostitute to the local law enfocement and the Maine State Police. The Maine State police officers, raped, molested, battered, conditioned, and attempted to murder me for parts of 16 days at the end of July in 1993. I was held inside the Tarratine for 11 days. The Tarratine was being used as a hostel and other kids were kept there as well. The Tarratine: located at 81 Park St, Bangor, ME 04401. Anal sex is fatal. Anal rape is murder, attempted murder. Unprotected sex can lead to the contraction of life ending viruses. In human history, no one younger than the age of puberty has ever wanted to have sex. The police

officers, to a man or woman, threatened me to never speak of what they had done or else we would die from so much pain that we would commit suicide because we could not bear it.

4. The rapes, psychological torment, mental illnesses, poisonings, beatings, contorted bends, and other attempted murders committed against me as a less than 1 year old infant, were proximately caused by the negligence of the Defendant. The Maine State Police Department located in Bangor was reckless and wanton in that it:

   a. The Maine State PD is Law enforcement of the city of Bangor, State of Maine, United States of America, is paid to serve and protect citizens of this country from crimes. I am a citizen because I was born in the United States.

   b. "No statute of limitations that would otherwise preclude prosecution for an offense involving the sexual or physical abuse, or kidnaping, of a child under the age of 18 years shall preclude such prosecution during the life of the child, or for ten years after the offense, whichever is longer." ~*18 U.S. Code § 3283 - Offenses against children* (June 25, 1948, ch. 645, 62 Stat. 828; Pub. L. 103–322, title XXXIII, § 330018(a), Sept. 13, 1994, 108 Stat. 2149; Pub. L. 108–21, title II, § 202, Apr. 30,

    2003, 117 Stat. 660; Pub. L. 109–162, title XI, § 1182(c), Jan. 5, 2006, 119 Stat. 3126.)

c. The four parts of negligence are: duty, breach of duty, cause, and damages. The courts have held that the established rules relating to negligence apply in cases involving municipalities, *Birmingham v. Latham*, 162 So. 675 (1935).

d. Drugs and intoxicants were employed by the Defendant that disabled my ability to appraise or control my thoughts and actions. This is in violation of *18 U.S. Code § 2241 Aggravated sexual abuse (b) (2)*.

e. The Defendant compelled me by threat, in violation of *18 U.S. Code § 2241* (a) (2).

f. I was physically incapable of resisting and did not consent to the sexual act, in violation of *18 U.S. Code § 2242 - Sexual abuse (2b)*

g. I was less than one year old in January of 1987. This is according to my Delaware Birth Certificate and Social Security card. Both of which I have had in my possession since a very young age. As the victim of a sex offense who was younger than 16 years old at the time, prosecution may be commenced

at any time, according to *Maine Code Title 17 Part 1 Chapter 1 Section 8 (1) (B) Statute of Limitations.*

h. *Respondeat superior* holds the police department responsible for the actions of the police officers. The police department hires its employees. The police department is an employee of the city, State, and the United States. When the police department accepts its pay or funding, it acknowledges that it is doing so with the promise that it is doing its job to enforce laws, and provide service and protection to the citizens of the United States. The pay or the funding is the acknowledgement of the job well done. Otherwise, collecting pay or receiving money is theft. The police department is liable because the police officer represents the police department. The employee acts on the behalf of the employer. The police department acts on the will of the Judicial Branch of government, which acts on the will of the United States. "It is right and just that the person who creates a risk bears the loss when the risk ripens into harm." – *Bazley v. Curry*, 1999 CanLII 692 (SCC).

i. The Defendant was aware that I was under 18 years old when it solicited me for sexual acts, in violation of *18 U.S. Code § 2242 - Coercion and Enticement*

j. The Defendant penetrated me, in violation of *10 U.S. Code § 920 - Art. 120. Rape and sexual assault generally (g) (1) (A)*

k. The Rule of Law in the United States is that no person is immune from the written law. There is no position exempt from guilt. Ignorance of the law is no excuse. Sovereignty does not exist. "Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof (1st Amendment to the U.S. Constitution)." In the U.S.A. we are a democracy. A monarchy in England was rebelled from by our founding fathers to form this country. Monarchs have kings and sovereigns, lords, and gods who have lifelong positions in title. In a democracy, like the U.S.A. is, we have terms and term limits. Sovereigns are absolute and it is against the law to judge them unfavorably. The U.S. has checks and balances. In the U.S., every employee has a superior and an inferior employee. The three parts of government are arranged like a triangle, each with an equal amount of immunity. *Article 3 Section 2 of*

*the U.S. Constitution* reads "The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;—between a State and Citizens of another State,—between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects."

I. For its actions, the Defendant is liable to the Plaintiff in both Maine and in the United States. Pursuant to the U.S. Supreme Court ruling in *Summit Contracting Group. Inc. v. Ashland Heights* LP, 2016 U.S. Dist. LEXIS 60662 (M.D. Tenn. May 6, 2016), I will file my complaint in the Superior Court for the State of Maine and the U.S. District Court located in Bangor, Maine. In the Superior Court I am seeking reparations for violations of State laws, whereas in the federal court I am seeking relief for

   violations committed against me by the Defendant that are listed in the U.S. Title Code, and Constitution.

5. As a direct and proximate result of the negligent conduct of the Defendant Maine State PD, resulting in the aforementioned attempted murders of the Plaintiff, the Plaintiff Matthew Jones suffered serious bodily injuries in the past, and may continue to suffer from such injuries in the future. These injuries have resulted in the Plaintiff suffering great pain and bodily and thought discomfort in the past and may result in great pain and discomfort of the body and mind in the future.

6. The Plaintiff, Matthew Jones, as a direct and proximate result of the aforesaid negligent conduct of the Defendant which resulted in the aforementioned attempted murders and sex offenses, incurred medical expenses in the past, and will incur medical expenses in the future. "A-Rod Money", $250,000,000.00, is a fair value estimate for stem cells that will rejuvenate this body, overall health, restore life expectancy, eliminate illnesses, and regrow parts of the body that were lost to the traumas of anal rape, poisoning, bludgeoning, and psychosis.

WHEREFORE, the Plaintiff Matthew Jones, demands judgment against the Defendant, the Maine State Police Department for compensatory damages, including pain and suffering, and special damages, together with the costs of this action.

*Matthew Jones*

Matthew Jones, acting as my own Attorney

11366 Sussex Hwy

Greenwood, DE 19950

(302) 396-7319

AlfredENeuman3386@gmail.com

June 30, 2022